

**U. S. Department of Justice**

*United States Attorney*
*Southern District of Iowa*

*Criminal Division*

---

Neal Smith Federal Building
210 Walnut Street, Suite 455
Des Moines, Iowa 50309-2053
Telephone (515) 473-9300
Fax (515) 473-9292

January 5, 2026

Susan E. Bindler, Clerk of Court
Eighth Circuit Court of Appeals
Thomas F. Eagleton Courthouse, Room 24.329
St. Louis, MO 63102

      Re:    *United States v. Aldo Ali Cordova Perez, Jr.*
             Appeal No. 24-1553

Dear Ms. Bindler:

      By this letter, the parties respectfully request that the Court issue the mandate in the above-noted case. The Court extended the time to issue the mandate until November 20, 2025, as the government was then contemplating seeking further review by the United States Supreme Court. As the United States ultimately did not file a petition for a writ of certiorari, however, this Court can now issue its mandate.

                                  Sincerely,

                                  David C. Waterman
                                  United States Attorney

                By:    */s/ Andrew H. Kahl*
                        Andrew H. Kahl
                        Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE
## WITH RULES 27(d)(2)(A), 32(a), and 32(g)

This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and the word limit of Fed. R. App. P. 32(g)(1) because it contains 68 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document has been prepared in a proportionally spaced typeface using Microsoft 365 Word in Century Schoolbook font, 12 point.

Dated: January 5, 2026.

By: */s/ Andrew H. Kahl*
    Andrew H. Kahl
    Assistant United States Attorney

    Neal Smith Federal Building
    210 Walnut Street, Suite 455
    Des Moines, Iowa 50309
    Tel: (515) 473-9300
    Fax: (515) 473-9292

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Dawn Thomas*
Paralegal Specialist
